IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER JONES,

    Plaintiff,

  v.

MARRIOT HOTEL SERVICES, INC.,

    Defendant.
                              /

No. C 12-00587 WHA

**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE**

    The Court **DENIES** plaintiff's request to attend the case management conference by telephone because the courtroom telephone equipment makes it unfeasible to conduct hearings by telephone.

    **IT IS SO ORDERED.**

Dated: April 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE