**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   CHRISTOPHER JONES,                          No. C 12-00587 WHA
11          Plaintiff,
12      v.                                       **ORDER DENYING REQUEST
                                                 TO APPEAR BY TELEPHONE**
13   MARRIOT HOTEL SERVICES, INC.,
14          Defendant.
15   _____/
16          The Court **DENIES** plaintiff's request to attend the case management conference by
17   telephone because the courtroom telephone equipment makes it unfeasible to conduct hearings
18   by telephone.
19
20          **IT IS SO ORDERED.**
21
22   Dated:  April 17, 2012.                     _____
23                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
24
25
26
27
28