IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>MARRIOT HOTEL SERVICES, INC.,<br><br>    Defendant.<br>_____/ | No. C 12-00587 WHA<br><br><br>**REQUEST FOR INFORMATION** |

    Prior to ruling on plaintiff's motion to continue case management and trial dates, the Court desires to know whether plaintiff will be allowed to come back to the United States for a short time in order to complete his deposition, and if so, when that leave would be permitted. Plaintiff shall respond by **NOVEMBER 30 AT NOON**.

    **IT IS SO ORDERED.**

Dated: November 28, 2012.

                                                                 WILLIAM ALSUP
                                                                 UNITED STATES DISTRICT JUDGE