IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>MARRIOT HOTEL SERVICES, INC.,<br><br>    Defendant.<br>                                    / | No. C 12-00587 WHA<br><br>**ORDER CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |

The Court hereby **CONTINUES** the hearing on plaintiff's motion for partial summary judgment (Dkt. No. 43) and defendant's cross-motion for summary judgment (Dkt. No. 49) to **THURSDAY, JANUARY 31, 2013, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: January 16, 2013.

                                                  WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE