IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER JONES,

    Plaintiff,

  v.

MARRIOT HOTEL SERVICES, INC.,

    Defendant.

No. C 12-00587 WHA

**ORDER CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT**

    The Court hereby **CONTINUES** the hearing on plaintiff's motion for partial summary judgment (Dkt. No. 43) and defendant's cross-motion for summary judgment (Dkt. No. 49) to **THURSDAY, JANUARY 31, 2013, AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: January 16, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE