**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER JONES,

    Plaintiff,

  v.

MARRIOT HOTEL SERVICES, INC.,

    Defendant.

No. C 12-00587 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

    The Court is in receipt of plaintiff's letter of February 5 concerning its discovery dispute with defendant and **SETS** a four-hour meet-and-confer in the Court's jury room starting from **11:00 A.M. AND CONTINUING TO 3:00 P.M. ON WEDNESDAY, FEBRUARY 13, 2013**, in the Attorney's Lounge on the eighteenth floor of the federal courthouse in San Francisco. Counsel must check in at 11:00 a.m. at the judges' chambers. At 3:00 p.m., the Court shall hold a hearing to resolve any remaining issue(s). Defendant's response is due by noon on Monday, February 11.

    Please note that only those lawyers who personally attend the full four-hour meet-and-confer in the Attorney's Lounge may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: February 7, 2013.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE