1  Michele Ballard Miller (SBN 104198)
   *mbm@millerlawgroup.com*
2  Janine S. Simerly (SBN 102361)
   *jss@millerlawgroup.com*
3  Noah Levin (SBN 263069)
   *nal@millerlawgroup.com*
4  MILLER LAW GROUP
   A Professional Corporation
5  111 Sutter Street, Suite 700
   San Francisco, CA 94104
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7
   Attorneys for Defendant MARRIOTT HOTEL
8  SERVICES, INC. and MARRIOTT INTERNATIONAL, INC.

9  Stephen Robert Onstot (SBN 139319)
   *stephen_onstot@yahoo.com*
10 1601 Barton Road, #3902
   Redlands, CA  92373
11 Tel:  (805) 551-4180
   Fax:  (805) 551-4180
12
   Thomas G. Jarrard, *Pro Hac Vice*
13 *tjarrard@att.net*
   WA State Bar No. 39774
14 1020 North Washington Street
   Spokane, WA  99201
15 Tel:  (425) 239-7290
   Fax: (509) 326-2932
16
   Matthew Z. Crotty, *Pro Hac Vice*
17 *MZC@witherspoonkelley.com*
   WA State Bar No. 8653, ISB No. 8653
18 422 West Riverside, Suite 1100
   Spokane, WA  99201-0030
19 Tel:  (509) 624-5265
   Fax:  (509) 458-2728
20
   Attorneys for Plaintiff
21 CHRISTOPHER JONES

22                UNITED STATES DISTRICT COURT

23                NORTHERN DISTRICT OF CALIFORNIA

24 CHRISTOPHER JONES,                    | Case No.: CV 12-0587 WHA

25         Plaintiff,                    | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DISCOVERY UNTIL MAY 30, 2013**
26 v.

27 MARRIOTT HOTEL SERVICES, INC., AND
   MARRIOTT INTERNATIONAL, INC.,
28
            Defendants.

---

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
CALIFORNIA

1  Plaintiff CHRISTOPHER JONES ("Plaintiff") and Defendants MARRIOTT

2  HOTEL SERVICES, INC. and MARRIOTT INTERNATIONAL, INC. ("Defendants"), by and

3  through their undersigned attorneys, hereby stipulate and agree as follows:

4

5  WHEREAS, the deadline to complete discovery, including expert discovery, in

6  this matter is current set for April 30, 2013;

7

8  WHEREAS, the parties are engaged in settlement discussions in this matter

9  and have agreed to attend private mediation in mid-April 2013;

10

11  WHEREAS, the parties believe that a 30-day continuance of discovery in this

12  matter would facilitate settlement discussions;

13

14  WHEREAS, trial in this matter is set for September 23, 2013, and a 30-day

15  discovery extension would not affect other case deadlines;

16

17  NOW, THEREFORE,

18

19  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and

20  Defendants, by and through their respective undersigned attorneys of record, to extend all

21  discovery deadlines, including expert disclosure and discovery, to May 30, 2013.  Good

22  cause exists for extending the existing discovery deadlines, as set forth above.

23  / / / /

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
CALIFORNIA

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY UNTIL MAY 30, 2013**
**Case No.: CV 12-0587 WHA**

1    **IT IS SO STIPULATED.**

2

3    Dated: March 20, 2013                    MILLER LAW GROUP
                                              A Professional Corporation
4

5

6                                            By:  /s/
                                                 Michele Ballard Miller
7                                                Attorneys for Defendants
                                                 MARRIOTT HOTEL SERVICES, INC. and
8                                                MARRIOTT INTERNATIONAL, INC.

9    Dated: March 20, 2013

10

11                                           By:  /s/
                                                 Matthew Z. Crotty
12                                               Attorneys for Plaintiff
                                                 CHRISTOPHER JONES
13

14

15                                **ORDER**

16

17        After full consideration of the stipulation of counsel and good cause appearing,

18   the Court **HEREBY ORDERS** that all discovery deadlines, including expert discovery, are

19   extended until **May 30, 2013**.

20

21        **IT IS SO ORDERED.**

22

23   Dated:  April 8, 2013.                   _____
                                              Honorable William H. Alsup
24

25

26

27
     4845-6238-1587, v. 3
28

                                    2
     STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DISCOVERY UNTIL MAY 30, 2013
                          Case No.: CV 12-0587 WHA

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
CALIFORNIA