1  Michele Ballard Miller (SBN 104198)
     mbm@millerlawgroup.com
2  Janine S. Simerly (SBN 102361)
     jss@millerlawgroup.com
3  Noah Levin (SBN 263069)
     nal@millerlawgroup.com
4  MILLER LAW GROUP
   A Professional Corporation
5  111 Sutter Street, Suite 700
   San Francisco, CA 94104
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7
   Attorneys for Defendant MARRIOTT HOTEL
8  SERVICES, INC. and MARRIOTT INTERNATIONAL, INC.

9  Stephen Robert Onstot (SBN 139319)
     stephen_onstot@yahoo.com
10 1601 Barton Road, #3902
   Redlands, CA  92373
11 Tel:  (805) 551-4180
   Fax:  (805) 551-4180
12
   Thomas G. Jarrard, *Pro Hac Vice*
13   tjarrard@att.net
   WA State Bar No. 39774
14 1020 North Washington Street
   Spokane, WA  99201
15 Tel:  (425) 239-7290
   Fax: (509) 326-2932
16
   Matthew Z. Crotty, *Pro Hac Vice*
17   MZC@witherspoonkelley.com
   WA State Bar No. 8653, ISB No. 8653
18 422 West Riverside, Suite 1100
   Spokane, WA  99201-0030
19 Tel:  (509) 624-5265
   Fax:  (509) 458-2728
20
   Attorneys for Plaintiff
21 CHRISTOPHER JONES

22                    UNITED STATES DISTRICT COURT

23                    NORTHERN DISTRICT OF CALIFORNIA

24 | CHRISTOPHER JONES,                              | Case No.: CV 12-0587 WHA

25 |          Plaintiff,                             | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY UNTIL MAY 30, 2013**

26 | v.

27 | MARRIOTT HOTEL SERVICES, INC., AND
   | MARRIOTT INTERNATIONAL, INC.,
28
   |          Defendants.

Plaintiff CHRISTOPHER JONES ("Plaintiff") and Defendants MARRIOTT HOTEL SERVICES, INC. and MARRIOTT INTERNATIONAL, INC. ("Defendants"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, the deadline to complete discovery, including expert discovery, in this matter is current set for April 30, 2013;

WHEREAS, the parties are engaged in settlement discussions in this matter and have agreed to attend private mediation in mid-April 2013;

WHEREAS, the parties believe that a 30-day continuance of discovery in this matter would facilitate settlement discussions;

WHEREAS, trial in this matter is set for September 23, 2013, and a 30-day discovery extension would not affect other case deadlines;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective undersigned attorneys of record, to extend all discovery deadlines, including expert disclosure and discovery, to May 30, 2013. Good cause exists for extending the existing discovery deadlines, as set forth above.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

**IT IS SO STIPULATED.**

Dated: March 20, 2013

MILLER LAW GROUP
A Professional Corporation

By: /s/
Michele Ballard Miller
Attorneys for Defendants
MARRIOTT HOTEL SERVICES, INC. and
MARRIOTT INTERNATIONAL, INC.

Dated: March 20, 2013

By: /s/
Matthew Z. Crotty
Attorneys for Plaintiff
CHRISTOPHER JONES

### ORDER

After full consideration of the stipulation of counsel and good cause appearing, the Court **HEREBY ORDERS** that all discovery deadlines, including expert discovery, are extended until **May 30, 2013**.

**IT IS SO ORDERED.**

Dated: April 8, 2013.

_____
Honorable William H. Alsup

4845-6238-1587, v. 3