STEPHEN ROBERT ONSTOT (SBN 139319)
1601 Barton Road, Suite 3902
Redlands, CA 92373
Stephen_onstot@yahoo.com
Phone: (805) 551-4180

THOMAS G. JARRARD, *Pro Hac Vice*
WA State Bar # 39774
1020 North Washington Street
Spokane, WA 99203
TJarrard@att.net
Telephone: (425) 239-7290
Facsimile: (509) 326-2932

MATTHEW Z. CROTTY, *Pro Hac Vice*
WSBA #39284, ISB #8653
421 West Riverside, Suite 1005
Spokane, WA 99201-0300
Telephone: (509) 850.7011
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JONES,<br><br>                    Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., and MARRIOTT INTERNATIONAL INC.,<br><br>                    Defendants. | NO. CV-12-0587-WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE;**<br>**[PROPOSED] ORDER** |

/////

STIPULATION OF DISMISSAL WITH PREJUDICE;
[PROPOSED] ORDER - 12-000587-WHA - 1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own costs and attorneys' fees.

DATED this 8th day of July , 2013.

By: /s/ Thomas G. Jarrard
Thomas G. Jarrard, *Pro Hac Vice*
The Law Offices of Thomas G. Jarrard, PLLC

Attorney for Plaintiff

By: /s/Michelle Ballard Miller
Michele Ballard Miller
MILLER LAW GROUP
A Professional Corporation

Attorneys for Defendants.

## ORDER

The Court, having considered the Stipulation between the parties, Orders the Complaint in this action dismissed, with prejudice, each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: July 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE;
[PROPOSED] ORDER - 12-000587-WHA - 2